ENTERED
CLERK, U.S. DISTRICT COURT
OCT - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Entered
JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
OCT - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DEMETROUS JACKSON,                  )     Case No.  CV 08-4168-VAP (RNB)
                                    )
            Petitioner,             )
                                    )
    vs.                             )          **J U D G M E N T**
                                    )
PEOPLE OF THE STATE OF              )
CALIFORNIA,                         )
                                    )
            Respondent.             )
_____)

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED:  September 30, 2008

VIRGINIA A . PHILLIPS
UNITED STATES DISTRICT JUDGE